UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENNETH KIM,

        Plaintiff,                      Case no. 12-11694
                                              Honorable John Corbett O'Meara

v.

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant,
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

      Before the court is Magistrate Judge R. Steven Whalen's June 26, 2013 report and recommendation. No objections have been filed by the parties. The court having conducted a thorough review of the entire file;

      IT IS HEREBY ORDERED that the report and recommendation is ADOPTED as the court's findings and conclusions.

                                              s/John Corbett O'Meara
                                              United States District Judge

Date: August 1, 2013

      I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, August 1, 2013, using the ECF system.

                                              s/William Barkholz
                                              Case Manager